1 | PLAINTIFF'S FIRM INFORMATION

Attorneys for Plaintiffs,

Stacy K. Hauer
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. [06-CV-2665]<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Linda M. Courtney,<br>               Plaintiff,<br>vs.<br>Pfizer Inc., et al.<br>               Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Come now the Plaintiff, LINDA M. COURTNEY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 11/17, 2009 | PLAINTIFF'S LAW FIRM |
| 2 | | |
| 3 | | By: _____ |
| | | Stacy K. Hauer |
| 4 | | Attorneys for Plaintiffs, Linda M. Courtney |
| 5 | DATED: Dec. 22, 2009 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| | | Michelle W. Sadowsky |
| 8 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court